466 A.2d 719

Commonwealth v. Montague, Appellant.

Submitted May 3, 1983. Manuel Grife, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

Order affirmed.